UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE SENIOR CITIZENS LEAGUE,

Plaintiff,

v.

SOCIAL SECURITY ADMINISTRATION,

Defendant.

Civil Action No. 25-2740 (JDB)

**CONSENT MOTION TO MODIFY SUMMARY JUDGMENT BRIEFING SCHEDULE**

Pursuant to Federal Rule of Civil Procedure 6(b)(1), defendant, Social Security Administration, ("SSA" or "Defendant"), by and through the undersigned counsel, respectfully moves to modify the summary judgment briefing schedule entered by the Court's April 17, 2026, Scheduling Order. Plaintiff, through counsel, graciously consents to the relief requested herein.

In support of this motion, Defendant states as follows:

1.     This is a Freedom of Information Act ("FOIA") case. Plaintiff filed its complaint on August 19, 2025, and Defendant timely answered on December 23, 2025. The case concerns a February 12, 2025 FOIA request seeking records relating to disbursements including grants or contracts or payments of any sort, or commitments to make such disbursements:" i. from SSA Funds, Old-Age and Survivors Trust Funds, the Disability Insurance Trust Fund, and Hospital Insurance (i.e., Medicare) Trust Fund, or any other monies or funds under the control of SSA; ii. for assistance to or for the benefit of illegal aliens, undocumented persons, immigrants and/or migrants; iii. for any purpose, including housing, food, transportation, healthcare, telephones, etc." Compl. (ECF No. 1) ¶ 10.

2.      The deadline for Defendant to file its motion for summary judgment is currently today, May 28, 2026.

3.      Defendant respectfully requests that the Court enter a modified briefing schedule that would allow Defendant a forty-two day extension of its deadline to move for summary judgment and adjust the remaining briefing schedule deadlines accordingly. Specifically, Defendant moves for the following modified briefing schedule:

- July 9, 2026 Defendant's Summary Judgment Motion

- August 6, 2026 Plaintiff's Cross-Motion/Opposition to Motion for Summary Judgment

- August 26, 2026 Defendant's Opposition/Reply

- September 15, 2026 Plaintiff's Reply

4.      There is good cause to grant this extension request. Due to competing matters and deadlines in other pending cases, undersigned counsel requires additional time to confer with the agency and prepare an appropriate filing for the Court's consideration. This request also accounts for undersigned counsel's unanticipated medical leave June 1 through June 3, during which counsel will be unable to work on this matter. By filing this motion the day of Defendant's due date to file its dispositive motion the undersigned does not suggest that she lacks appreciation for the important role that such a due date plays in this Court's management of the cases over which it presides. The undersigned has been working as diligently as possible to manage an enlarged caseload and her health matters. Undersigned counsel nevertheless apologizes to the Court for any inconvenience caused by filing this motion the day the Defendant's dispositive motion is due.

5.      This is the first extension of this deadline the Defendant has requested.

6.      Pursuant to Local Rule 7(m), the undersigned counsel for Defendant conferred with Plaintiff's counsel, who indicated that Plaintiff consents to the relief requested herein.

- 2 -

- 3 -

7.    For the foregoing reasons, Defendant respectfully requests that the Court grant this motion to modify the summary judgment briefing schedule. A proposed Order has been filed with this motion.

Dated: March 28, 2026                          Respectfully submitted,


JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Kimberly A. Stratton*
    KIMBERLY A. STRATTON
    P.A. Bar #327725
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    Ph: (202) 417-4216
    Email: kimberly.stratton@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE SENIOR CITIZENS LEAGUE,

Plaintiff,

v.

SOCIAL SECURITY ADMINISTRATION,

Defendant.

Civil Action No. . 25-2740 (JDB)

## [PROPOSED] ORDER

Upon consideration of the Defendant's Consent Motion to Modify the Summary Judgment

Briefing Schedule, it is hereby ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that following schedule governs summary judgment briefing:

- July 9, 2026 Defendant's Summary Judgment Motion

- August 6, 2026 Plaintiff's Cross-Motion/Opposition to Motion for Summary Judgment

- August 26, 2026 Defendant's Opposition/Reply

- September 15, 2026 Plaintiff's Reply

SO ORDERED this _____ day of May _____, 2026.

_____
Honorable John D. Bates
United States District Court Judge