UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE SENIOR CITIZENS LEAGUE,

Plaintiff,

v.

SOCIAL SECURITY ADMINISTRATION,

Defendant.

Civil Action No. 25-2740 (JDB)

## SECOND CONSENT MOTION TO MODIFY SUMMARY JUDGMENT BRIEFING SCHEDULE

Pursuant to Federal Rule of Civil Procedure 6(b)(1), defendant, Social Security Administration, ("SSA" or "Defendant"), by and through the undersigned counsel, respectfully moves to modify the summary judgment briefing schedule entered by the Court's May 28, 2026, Scheduling Order to allow the defendant an additional seven days to file its motion for summary judgment. Plaintiff, through counsel, graciously consents to the relief requested herein.

In support of this motion, Defendant states as follows:

1.      This is a Freedom of Information Act ("FOIA") case. Plaintiff filed its complaint on August 19, 2025, and Defendant timely answered on December 23, 2025. The case concerns a February 12, 2025 FOIA request seeking records relating to disbursements including grants or contracts or payments of any sort, or commitments to make such disbursements:" i. from SSA Funds, Old-Age and Survivors Trust Funds, the Disability Insurance Trust Fund, and Hospital Insurance (i.e., Medicare) Trust Fund, or any other monies or funds under the control of SSA; ii. for assistance to or for the benefit of illegal aliens, undocumented persons, immigrants and/or migrants; iii. for any purpose, including housing, food, transportation, healthcare, telephones, etc." Compl. (ECF No. 1) ¶ 10.

2.     The deadline for Defendant to file its motion for summary judgment is currently today, July 9, 2026.

3.     Defendant respectfully requests that the Court enter a modified briefing schedule that would allow Defendant a brief seven day extension of its deadline to move for summary judgment and adjust the remaining briefing schedule deadlines accordingly. Specifically, Defendant moves for the following modified briefing schedule:

- July 16, 2026 Defendant's Summary Judgment Motion

- August 13, 2026 Plaintiff's Cross-Motion/Opposition to Motion for Summary Judgment

- September 2, 2026 Defendant's Opposition/Reply

- September 22, 2026 Plaintiff's Reply

4.     There is good cause to grant this extension request. The defendant requires additional time to finalize the declaration provided by the agency in support of the defendant's motion for summary judgment. Defendant is unable to finalize this document until next week due to agency personnel's pre-scheduled leave and the required internal review process the declaration must undergo before it may be filed along with the defendant's motion. The undersigned counsel sincerely apologizes to the Court for filing this request the day the defendant's motion is due. The undersigned counsel does not anticipate requesting any further extension to the deadline for defendant's moving papers.

5.     This is the second extension of this deadline the Defendant has requested.

6.     Pursuant to Local Rule 7(m), the undersigned counsel for Defendant conferred with Plaintiff's counsel, who indicated that Plaintiff consents to the relief requested herein.

- 3 -

7.      For the foregoing reasons, Defendant respectfully requests that the Court grant this motion to modify the summary judgment briefing schedule. A proposed Order has been filed with this motion.

Dated: July 9, 2026                                        Respectfully submitted,

                                                           JEANINE FERRIS PIRRO
                                                           United States Attorney

                                                           By: */s/ Kimberly A. Stratton*
                                                                KIMBERLY A. STRATTON
                                                                P.A. Bar #327725
                                                                Assistant United States Attorney
                                                                601 D Street, NW
                                                                Washington, DC 20530
                                                                Ph: (202) 417-4216
                                                                Email: kimberly.stratton@usdoj.gov

                                                           *Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE SENIOR CITIZENS LEAGUE,<br><br>     Plaintiff,<br><br>  v.<br><br>SOCIAL SECURITY ADMINISTRATION,<br><br>    Defendant. | Civil Action No. . 25-2740 (JDB) |

## [PROPOSED] ORDER

Upon consideration of the Defendant's Consent Motion to Modify the Summary Judgment Briefing Schedule, it is hereby ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that following schedule governs summary judgment briefing:

- July 16, 2026 Defendant's Summary Judgment Motion

- August 13, 2026 Plaintiff's Cross-Motion/Opposition to Motion for Summary Judgment

- September 2, 2026 Defendant's Opposition/Reply

- September 22, 2026 Plaintiff's Reply

SO ORDERED this _____ day of July _____, 2026.

_____
Honorable John D. Bates
United States District Court Judge